■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH BIRT, Appellant. [5 NYS3d 895]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dwyer, J.), rendered January 10, 2013, convicting him of man-

slaughter in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was deprived of the effective assistance of counsel is without merit. A reasonable view of the evidence shows that the defendant's conduct in shooting the victim was intentional, not reckless. Thus, trial counsel's choice not to request a charge of the lesser-included offense of manslaughter in the second degree, with its mens rea of recklessness (*see* Penal Law §§ 125.15 [1]; 15.05 [3]), did not deprive the defendant of the effective assistance of counsel (*see People v Illescas*, 87 AD3d 699, 700 [2011]; *People v Tinch*, 72 AD3d 992, 993 [2010]; CPL 300.50 [1], [2]). Dillon, J.P., Dickerson, Hall and LaSalle, JJ., concur.